# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| YONGJIAN WANG<br><br>        Plaintiff,<br><br>  v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>        Defendants. | Civil Action No. 1:24-cv-00759<br><br>JURY TRIAL DEMANDED |

## EXHIBIT 2 – SEALED DOCUMENT

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of Exhibit 2 will be filed separately under seal and will remain under seal until further order of this court.

DATED January 29, 2023.                                                    Respectfully submitted,

                                                                                                    By: /s/ Pete Wolfgram
                                                                                                    Pete Wolfgram
                                                                                                    Stratum Law LLC
                                                                                                    2424 E. York St. Ste. 223
                                                                                                    Philadelphia, PA, 19125