## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Yongjian Wang

Plaintiff,

v.

Case No.:
1:24–cv–00759

Honorable Martha M. Pacold

The Partnerships and Unincorporated Associations identified in Schedule A

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 20, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff is ordered to show cause by 3/5/2023 why this case should not be dismissed for failure to comply with the joinder restrictions in 35 U.S.C. § 299. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.